UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIREMEN'S INSURANCE COMPANY OF
WASHINGTON, D.C., as Subrogee of Jimmy's
Tire Shop, Inc.
4820 Lake Brook Drive, Suite 300
Glen Allen, VA 23060

    Plaintiff

vs.

GB HERNDON AND ASSOCIATES, INC.
601 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20004

    Defendant

CASE NUMBER:

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff, Firemen's Insurance Company of Washington, D.C., by and through its undersigned counsel, hereby demands judgment against defendant, GB Herndon and Associates, Inc., and, upon information and belief, complains against defendant as follows:

### THE PARTIES

1. Plaintiff, Firemen's Insurance Company of Washington, D.C. ("Firemen's"), is a corporation duly organized and existing under the laws of Delaware with its principal place of business located at 4820 Lake Brook Drive, Suite 300, Glen Allen, Virginia, and at all times material hereto was authorized to issue insurance policies in the District of Columbia.

2. Defendant, GB Herndon and Associates, Inc. ("Herndon"), is a corporation duly organized and existing under the laws of the District of Columbia with a principal address of 601

Pennsylvania Avenue, NW, Suite 900, Washington, D.C., and at all times material hereto, was engaged in the real estate development business.

## JURISDICTION

3. Jurisdiction of this Court is invoked under 28 U.S.C. §1332 in view of the parties' diverse citizenship and the amount in controversy which exceeds $75,000 exclusive of interest and costs of this action.

4. Venue is properly laid in this judicial district because the events giving rise to plaintiff's claim occurred in this judicial district.

## FACTS

5. At all times material hereto, plaintiff's insured, Jimmy's Tire Shop, Inc. ("Jimmy's Tire") owned the real property and operated a tire repair business at 1215 K Street, Washington, D.C. ("the Property").

6. At all times material hereto, plaintiff provided property insurance to Jimmy's Tire in accordance with policy number CPA0106709-15 ("the Policy").

7. Before December 29, 2007, defendant Herndon purchased the property adjoining the Property ("the Adjoining Property").

8. Before December 29, 2007, defendant Herndon started developing the Adjoining Property.

9. Before December 29, 2007, defendant Herndon started excavating the Adjoining Property.

10. On or about December 29, 2007, as result of the improper excavation by defendant Herndon, a portion of the Property collapsed resulting in significant damages ("the Incident").

11. In accordance with its obligations under the Policy, plaintiff paid its insured $123,700.51 for damage resulting from the Incident.

12. In accordance with the common law principles of legal and equitable subrogation, Firemen's is subrogated to the rights of its insured, Jimmy's Tire, with respect to its claims against defendant.

## COUNT I:    NEGLIGENCE

13. Plaintiff incorporates the allegations contained in the foregoing paragraphs as though each were set forth fully herein at length.

14. The Incident was caused by the negligence, carelessness, gross negligence and/or reckless disregard for plaintiff's insured's property by defendant Herndon and/or its agents, workmen and/or employees acting within the scope of their employment. That negligence, carelessness, gross negligence and/or reckless disregard for the property of others consisted of, among other things, the following:

   a) failing to safely and property conduct excavation activities;
   b) failing obtain proper permits and authorizations before performing excavation activities;
   c) failing to employ proper shoring during the excavation activities;
   d) failing to act in a safe and proper manner with due regard for the safety and welfare of plaintiff's insured's property;

        e)        failing to take all necessary precautions to prevent damage to plaintiff's insured's property;

        f)        such other and further negligent acts and/or omissions which may be revealed through discovery.

15.    As a direct and proximate result of the aforesaid negligence, carelessness, gross negligence and/or reckless disregard for the property of others, the Incident occurred and resulted in substantial damages to plaintiff's insured for which plaintiff reimbursed its insured $123,700.51.

WHEREFORE, plaintiff demands judgment against defendant in the amount of $123,700.51 together with interest, costs, and other relief that this court deems just and equitable.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By: _____
Eric N. Stravitz (D.C. Bar #438093)
1307 New Hampshire Ave, N.W.
Suite 400
Washington, DC 20036
(202) 463-0303 -- Phone
(202) 861-8858 -- Facsimile
eric@metroDClaw.com

Of Counsel
COZEN O'CONNOR
Daniel J. Luccaro, Esquire
1900 Market Street
Philadelphia, PA 19103
(215) 665-6968

*Attorneys for Plaintiff*

4

## JURY DEMAND

Plaintiff hereby requests a jury trial.

_____
Eric N. Stravitz (D.C. Bar #438093)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

FIREMAN'S INSURANCE COMPANY OF WASHINGTON, D.C.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Henrico (VA)
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

MESIROW & STRAVITZ, PLLC
1307 New Hampshire Avenue, N.W., Suite 300
Washington, D.C. 20036
(202) 464-0303

## DEFENDANTS

GB HERNDON AND ASSOCIATES, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⊙ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ⊙ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**⊙ E. General Civil (Other)   OR   ○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☒ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. § 1332, negligence/subrogation/property damage action.

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  
DEMAND $ 123,700.51   Check YES only if demanded in complaint  
JURY DEMAND:   YES ☒   NO ☐

## VIII. RELATED CASE(S) IF ANY
(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 6/25/08   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.