**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C., as Subrogee of Jimmy's Tire Shop, Inc. | : : : : : | CASE NUMBER: |
| Plaintiff | : : | |
| vs. | : : | |
| GB HERNDON AND ASSOCIATES, INC. | : : | |
| Defendant | : : | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff submits the following disclosures:

1.    Plaintiff is a non-governmental corporate party.

2.    Plaintiff is a part of the Berkley Mid Atlantic Group, which is a subsidiary of W.R. Berkley Corporation, a publicly traded company.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By:    /s/_____
Eric N. Stravitz (D.C. Bar #438093)
1307 New Hampshire Ave, N.W.
Suite 400
Washington, DC 20036
(202) 463-0303 -- Phone
(202) 861-8858 -- Facsimile
eric@metroDClaw.com