UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C., as Subrogee of Jimmy's Tire Shop, Inc.<br><br>     Plaintiff<br><br>          vs.<br><br>GB HERNDON AND ASSOCIATES, INC.<br><br>     Defendant | :<br>:<br>:<br>:  CASE NUMBER:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S RULE 7.1 DISCLOSURE**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff submits the following disclosures:

1.   Plaintiff is a non-governmental corporate party.

2.   Plaintiff is a part of the Berkley Mid Atlantic Group, which is a subsidiary of W.R. Berkley Corporation, a publicly traded company.

>                               Respectfully submitted,
>
>                               MESIROW & STRAVITZ, PLLC
>
>
>                   By:   /s/_____
>                         Eric N. Stravitz (D.C. Bar #438093)
>                         1307 New Hampshire Ave, N.W.
>                         Suite 400
>                         Washington, DC 20036
>                         (202) 463-0303 -- Phone
>                         (202) 861-8858 -- Facsimile
>                         eric@metroDClaw.com