## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C., as Subrogee of Jimmy's Tire Shop, Inc. : : : | Civil Action No.: 08cv1116-RBW |
| Plaintiff : | |
| vs. : | |
| GB HERNDON AND ASSOCIATES, INC. : | |
| Defendant : | |

**PLAINTIFF'S MOTION FOR PRO HAC VICE ADMISSION OF DANIEL J. LUCCARO**

Pursuant to D.D.C. L.CvR. 83.2(d), the undersigned counsel hereby moves for the admission pro hac vice of Daniel J. Luccaro, Esquire, to represent plaintiff, Firemen's Insurance Company of Washington, D.C., in the above-captioned matter.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

s/ Eric N. Stravitz
Eric N. Stravitz (D.C. Bar #438093)
1307 New Hampshire Ave, N.W.
Suite 400
Washington, DC 20036
(202) 463-0303 -- Phone
(202) 861-8858 -- Facsimile
eric@metroDClaw.com

Dated: 7/3/08

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C., as Subrogee of Jimmy's Tire Shop, Inc.<br><br>Plaintiff<br><br>vs.<br><br>GB HERNDON AND ASSOCIATES, INC.<br><br>Defendant | :<br>:<br>:  Civil Action No.: 08cv1116-RBW<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D.D.C. LCvR 83.2(d), I, Daniel J. Luccaro, Esquire, certify as follows:

1. I am an attorney with the law firm of Cozen O'Connor. My contact information is listed below.

2. I am admitted to and am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey as well as the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania and the District of New Jersey and The United States Courts of Appeals for the Second and Fourth Circuits.

3. I have never been disciplined by any bar.

4. I have been admitted *pro hac vice* to this Court once in the past two years in the matter of *St. Paul Mercury Insurance Company v. Capital Sprinkler Inspection*, civil action number 1:05cv02115, which is still pending before this Court.

5. I do not practice law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

6.      I have reviewed and am familiar with this Court's Local Rules.

s/ Daniel J. Luccaro
Daniel J. Luccaro, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-6968 (phone)
215-701-2368 (fax)
dluccaro@cozen.com
