AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FIREMEN'S INSURANCE COMPANY OF
WASHINGTON, D.C.

**SUMMONS IN A CIVIL CASE**

V.

GB HERNDON AND ASSOCIATES, INC.

CASE

Case: 1:08-cv-01116
Assigned To : Walton, Reggie B.
Assign. Date : 6/26/2008
Description: General Civil

TO: (Name and address of Defendant)

*GB HERNDON AND ASSOCIATES*
SERVE: Gloria Elaine Herndon -- Registered Agent
601 Pennsylvania Avenue, N.W. #900
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**               JUN 2 6 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 17, 2008 at 11:14 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lorenzo Kenerson | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Gloria Elaine Herndon, Registered Agent for GB Herndon and Associates, Inc. at 330 15th St. SE, Washington, DC 20003

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $127.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/17/08
            Date            Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.