UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIREMEN'S INSURANCE COMPANY OF<br>WASHINGTON, D.C. | :<br>:<br>:<br>: |
| V. | :   Case Number: 1:08-cv-01116 RBW<br>:<br>:<br>: |
| GB HERNDON AND ASSOCIATES, INC. | :<br>:<br>:<br>: |

## ANSWER OF DEFENDANT GB HERNDON AND ASSOCIATES, INC.

Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Defendant GB Herndon and Associates, Inc. (hereinafter, "GB Herndon"), by and

through undersigned counsel, hereby answer the allegations of Plaintiff Fireman's

Insurance Company of Washington, D.C.'s Complaint, as follows:

### Parties

1.   With regard to Paragraph 1, Defendant admits only that Plaintiff is a corporation

known as Firemen's Insurance Company of Washington, D.C.  Defendant is without

sufficient knowledge to admit or deny the remaining allegations and Defendant demands

strict proof thereof.

2.   With regard to Paragraph 2, Defendant admits only that GB Herndon and

Associates, Inc. is a corporation organized and existing under the laws of the District of

Columbia with a principle address of 601 Pennsylvania Avenue, NW, Suite 900,

Washington, D.C. Defendant denies all other allegations contained therein.

## Jurisdiction

3.    Defendant admits the allegations contained in Paragraph 3.

4.    Defendant admits the allegations contained in Paragraph 4.

## Facts

5.    Defendant denies the allegations contained in Paragraph 5.

6.    Defendant is without sufficient knowledge to admit or deny the allegations in

Paragraph 6, and Defendant demands strict proof thereof.

7.    Defendant admits the allegations contained in Paragraph 7.

8.    Defendant denies the allegations contained in Paragraph 8.

9.    Defendant denies the allegations contained in Paragraph 9.

10.    With regard to Paragraph 10, Defendant admits only that a portion of the Property

collapsed. Defendant denies the remaining allegations of paragraph 10.

11.    Defendant is without sufficient knowledge to admit or deny the allegations

contained in Paragraph 11. Defendant demands strict proof thereof.

12.    Defendant is without sufficient knowledge to admit or deny the allegations

contained in Paragraph 12. Defendant demands strict proof thereof.

## Count I: Negligence

13.    Paragraph 13 of Plaintiff's Complaint does not require a response; however,

Defendant incorporates its previous responses to Paragraphs 1 through 12, as if set forth

fully herein.

14.    Defendant denies the allegations contained in Paragraph 14.

15.    With regard to Paragraph 15, Defendant admits only that Plaintiff is seeking

reimbursement of $123,700.51. Defendant denies the remaining allegations contained in

Paragraph 15. Defendant denies that Plaintiff is entitled to the relief sought and therefore

demands strict proof supporting any such relief.

### Plaintiff's Prayers or Relief Denied

Defendant denies that Plaintiff is entitled to the relief requested as against

Defendant; and further, Defendant avers that Plaintiff is entitled to no relief whatsoever

as against GB Herndon, monetary or otherwise.

Defendant reserves the right to amend and supplement their Answer.

WHEREFORE, for the reasons stated herein, Defendant respectfully requests that

Plaintiff's Complaint be dismissed, that judgment be rendered in favor of Defendant and

that Defendant be awarded attorneys fees and costs herein.

### Defendant's Affirmative Defenses

#### First Defense

Defendant denies that Plaintiff was damaged in any amount claimed in the

Complaint and/or that it is liable to Plaintiff in any amount.

#### Second Defense

Defendant has no legal duty or obligation to Plaintiff whatsoever.

#### Third Defense

Any damages sought by Plaintiff against Defendant are the result of Plaintiff's

own acts or omissions, for which Defendant has no legal obligation.

#### Fourth Defense

Any damages sought by Plaintiff against Defendant are the result of Plaintiff's assumption of risk, for which Defendant has no legal obligation.

## Fifth Defense

Any damages suffered by Plaintiff are the result of acts or omissions of Third Parties for which Defendant has no legal obligation and/or a cause of causes over which Defendant had no control for which Defendant has no legal obligation.

## Sixth Defense

Any damages Plaintiff claims against Defendant are offset by the damages Plaintiff has caused to Defendant.

## Seventh Defense

Plaintiff is entitled to no equitable relief against Defendant as any such action is banned by the doctrines of waiver, estoppel and unclean hands.

## Eight Defense

Plaintiff has failed to state a cause of action for money damages against Defendant, including actual, general, special, compensatory and punitive or exemplary damages.

## Ninth Defense

Plaintiff has failed to join an indispensable party, therefore, pursuant to Federal Rules of Civil Procedure 12(b)(7), the Complaint should be dismissed.

## Tenth Defense

Defendant intends to invoke and rely upon any and all other defenses that may arise in discovery and are provable at trial.

Respectfully submitted,

GLORIA B. HERNDON
BRENT A. HERNDON
By Counsel

ARTABANE & BELDEN, P.C.

/s/ Joseph A. Artabane
Joseph A. Artabane, Esq., # 201830
818 18th Street, NW, Suite 410
Washington, DC  20006-3523
jaartabane@artabane-belden.com
 (202) 861-0070
(202) 861-2939 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing, the Answer of Defendants Gloria B. and Brent A. Herndon, was **filed electronically with the Court via CaseFileXpress** and electronically served upon the following counsel, this 15th day of August, 2008:

> Eric N. Stravitz, Esq.
> MESIROW & STRAVITZ, PLLC
> 1307 New Hampshire Avenue, NW, #400
> Washington, DC  20036
> Counsel for Plaintiff

> /s/ Joseph A. Artabane
> Joseph A. Artabane, Esq.,